In the Matter of RAYMOND ORSINI, Petitioner, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of ARTHUR G. KLEIN, Petitioner, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Supreme Court, Special Term, New York County, October 22, 1946.

*Copal Mintz* for petitioners.

*John J. Bennett, Corporation Counsel* (*Russell Lord Tarbox* of counsel), for William J. Heffernan and others, constituting the Board of Elections, respondents.

*Jacob Markowitz* and *Edward J. Ennis* for Rose Edelstein, respondent.

*Louis J. Lefkowitz, Lester M. Friedman* and *Meyer H. Mencher* for William I. Lehrfeld, respondent.

SHIENTAG, J. Motions to declare and adjudge independent nominating petitions to be valid and legally effective are denied (see memorandum in *Matter of Young* v. *Heffernan,* 187 Misc. 604). Settle order on notice.